**NOT FOR PUBLICATION**

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No. 2008-48 |
| v. | ) | |
| | ) | |
| **KAREN PITTER,** | ) | |
| | ) | |
| Defendant. | ) | |

**ATTORNEYS:**

**Everard E. Potter, AUSA**
St. Thomas, U.S.V.I.
   *For the plaintiff,*

**Jesse A. Gessin, AFPD**
St. Thomas, U.S.V.I.
   *For the defendant.*

## ORDER

**GÓMEZ, C.J.**

Pursuant to the Report and Recommendation of the United States Magistrate, to which there has been no timely objection, it is hereby

**ORDERED** that the plea of guilty of the defendant Karen Pitter ("Pitter") to Count One of the information, charging fraud and related activity in connection with identification documents, authentication features, and information, is **ACCEPTED**; and it is further

*United States v. Pitter*
Criminal No. 2008-48
Order
Page 2

**ORDERED** that Pitter is adjudged **GUILTY** of the offense charged in Count One of the information.

```
                                         S_____
                                          Curtis V. Gómez
                                            Chief Judge
```